Office of the Standing Chapter 13 Trustee
105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:                                                                              CASE NO: 22-31780-SWE-13
GEORGE DALE WIGINGTON
           DEBTOR

### NOTICE OF FILING FINAL REPORT AND ACCOUNT BY TRUSTEE

Notice is hereby given pursuant to 11 U.S.C. 350 and Bankruptcy Rule 5009 that Thomas D. Powers, Chapter 13 Trustee has filed a Final Report and Account in the above styled and numbered case certifying that the estate has been fully administered . The Final Report and Account is on file with the CLERK OF THE BANKRUPTCY COURT , 1100 COMMERCE, ROOM 12- DALLAS, TEXAS, 75242-1496 and is available for review at **https://ecf.txnb.uscourts.gov/**.  A summary of the report is as follows:

| | |
|---|---|
| Petition Date | Sep 28, 2022 |
| Confirmation Date | NA |
| Disposition | dismissed |
| Date Closed | Oct 05, 2022 |
| # of Months Case was Pending | 0 |
| Amt of unsecured claims discharged without payment * | $0.00 |
| Total Paid by or on behalf of Debtor | $0.00 |
| Less amount Refunded to Debtor | $0.00 |
| **Net Receipts** | **$0.00** |

| | **Principal** | **Interest** |
|---|---|---|
| Total Secured Disbursements | $0.00 | $0.00 |
| Total Priority Disbursements | $0.00 | $0.00 |
| General Unsecured Disbursements | $0.00 | $0.00 |

| | |
|---|---|
| Expenses of Administration ** | $0.00 |
| Disbursements to Creditors | $0.00 |
| **Total Disbursements** | **$0.00** |

* THE INFORMATION REFLECTED IN THE FINAL REPORT AS TO THE DISCHARGE OF CLAIMS IS NOT INTEND RENDER AN OPINION AS TO WHETHER ANY SPECIFIC DEBT IS, OR IS NOT, DISCHARGED.  ONLY THE COURT ISSUE AN ORDER DETERMINING THE DISCHARGEABILITY OF ANY DEBT OR DEBTS .

** Includes Attorney Fees, Notice Fees, Trustee Fees and Clerk's Fees

 Notice is further given that unless an objection is filed by the United States Trustee or a party in interest within 30 days of service of this notice, the Court may declare that the bankruptcy estate has been fully administered and that the Trustee should be discharged and further liability on said Trustee's bond with respect to this case can be terminated .

Dated:  10/12/2022                                                    /s/ Thomas D. Powers
                                                                              Standing Chapter 13 Trustee
                                                                              By:  Jolene Harris

United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 22-31780-swe |
| George Dale Wigington | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Oct 13, 2022 | Form ID: pdf013 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + George Dale Wigington, 2451 Elm Grove Road, Wylie, TX 75098-6239 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 19816808 | Email/Text: mtgbk@shellpointmtg.com | Oct 13 2022 21:43:00 | Newrez LLC, dba Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Oct 15, 2022 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dale Wigington | on behalf of Debtor George Dale Wigington dalewig10@verizon.net |
| Thomas Powers | cmecf@dallasch13.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 3