**Office of the Standing Chapter 13 Trustee**
**105 Decker Ct**
**Suite 1150 11th Floor**
**Irving, TX  75062**
**(214) 855-9200**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| **IN RE:** | Case No:  22-31780-SWE-13 |
| **GEORGE DALE WIGINGTON** | Hearing Date:  12/01/2022 |
| Debtor | |

### Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation

TO:     ALL PARTIES IN INTEREST

A pre-hearing conference with the Chapter 13 Trustee concerning the Debtor's Chapter 13 Plan and Motion for Valuation will be held on **12/01/2022.**  Due to the Covid pandemic Debtor's Counsel must initiate the pre-hearing conference by contacting the Trustee or his staff attorney **no later than 4:00 P. M.** on 11/30/2022.

Any objection to the Debtor's Plan not resolved or defaulted at the Trustee's Pre-Hearing Conference will be heard by the Court on 12/01/2022 by Webex beginning at 2:00 P.M..

You may access the Webex Hearings at the following:
**Judge Jernigan** - https://us-courts.webex.com/meet/jerniga
**Judge Everett** - hhttps://us-courts.webex.com/meet/everett
**Judge Larson** - https://us-courts.webex.com/meet/larson

TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, FILED WITH THE COURT, AND A COPY SERVED ON THE FOLLOWING PARTIES NO LATER THAN SEVEN (7) DAYS PRIOR TO THE PRE-HEARING CONFERENCE.

| | |
|---|---|
| **Debtor:** | **GEORGE DALE WIGINGTON, 2451 ELM GROVE ROAD, WYLIE, TX  75098** |
| **Attorney:** | **PRO SE, ACTING AS OWN ATTORNEY,** |
| **Court:** | **CLERK'S OFFICE, US BANKRUPTCY COURT, 1100 COMMERCE ST., 12TH FLOOR, DALLAS, TEXAS, 75242** |
| **Trustee:** | **TRUSTEE'S OFFICE, 105 DECKER CT, SUITE #1150, IRVING, TEXAS 75062** |

By: /s/ Thomas D. Powers
Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700

**Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation, Page 2**
**Case # 22-31780-SWE-13**
**GEORGE DALE WIGINGTON**

## Certificate of Service

I hereby certify that a copy of the foregoing "Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation" was served on the following parties at the addresses listed below by United States First Class Mail or via electronic mail.

Debtor:   GEORGE DALE WIGINGTON, 2451 ELM GROVE ROAD, WYLIE, TX  75098

Creditors:   NEWREZ MORTGAGE LLC, DBA SHELLPOINT MORTGAGE SERVICING, PO BOX 10826, GREENVILLE, SC  29603

\*\* Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

## Indicates address was identified by the USPS National Change of Address system as undeliverable and returned to the Trustees office. Notices will no longer be delivered to this address. The debtor's attorney or pro se debtor was advised that the specific notice was undeliverable.

Dated: 10/28/2022

By: /s/ Thomas D. Powers
Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700