## Office of the Standing Chapter 13 Trustee

Thomas D. Powers
105 Decker Ct
Suite 1150 11Th Floor
Irving, TX  75062
(214) 855-9200 / (214) 965-0758  (Fax)

**Debtor:** GEORGE DALE WIGINGTON
**Date:** 11/04/2022
**Case #:** 22-31780-SWE-13                              **1st Payment Date:** 10/28/2022

## Trustee's Notice of Intent to Certify Chapter 13 Case for Dismissal

**NOTICE IS HEREBY GIVEN** to the herein named Debtor and Debtor's Attorney that the Trustee intends to certify the above numbered Chapter 13 Case for dismissal for the following reason:

( X )  Debtor did not pay to the Trustee the first payment specified in Debtor's Final Plan and Motion for Valuation within 30 days of the petition date.

**FAILURE TO CURE THE DEFICIENCY NOTED ABOVE WITHIN 7 DAYS SHALL SUBJECT THIS PETITION TO DISMISSAL BY THE BANKRUPTCY CLERK WITHOUT FURTHER NOTICE.** Payments must be mailed to **STANDING CHAPTER 13 TRUSTEE,PO BOX 1958,MEMPHIS, TN 38101-1958 . PLEASE MAKE THIS PAYMENT WITH CASHIER'S CHECK, MONEY ORDER OR TFS MONEYGRAM.  OUR OFFICE DOES NOT ACCEPT PERSONAL CHECKS.**

Standing Order 2021-05 , Section 3 provides:

**"DISMISSAL WITHOUT FURTHER NOTICE**. A Chapter 13 Petition may be dismissed without prejudice after 14 days (as to subsection "d-5" and "e" deficiencies) or seven (7) days (as to subsection "a", "b", "c", "d-1", "d-2", "d-3", or "d-4" deficiencies) if prior written Notice of Intent to Dismiss ("NOI") is filed with the Court and served on the Debtor and Debtor's Counsel, and without further notice unless any default or deficiency is cured prior to the expiration of such period. The Clerk is authorized to enter an Order of Dismissal upon certification by the Trustee, or such other authority ordered by the Court or allowed by law, that:

c.  The Debtor did not pay to the Trustee within 30 days after the petition Date the first Payment specified in the Plan as required by Section 1326(a)(1) of the Bankruptcy Code;

## Certificate of Service

Mailed herein to the Debtor and Debtor's attorney at the addresses listed below on 11/04/2022

By:    Jon Craver

   105 Decker Ct, Suite 1150 11Th Floor, Irving, TX  75062
   (214) 855-9200

 Debtor:     George Dale Wigington, 2451 Elm Grove Road, Wylie, Tx  75098

   **Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.