## Office of the Standing Chapter 13 Trustee

Thomas D. Powers
105 Decker Ct
Suite 1150 11Th Floor
Irving, TX  75062
(214) 855-9200 / (214) 965-0758  (Fax)

**Debtor:** GEORGE DALE WIGINGTON
**Date:** 12/02/2022
**Case #:** 22-31780-SWE-13

## Trustee's Notice of Intent to Certify Chapter 13 Case for Dismissal

NOTICE IS HEREBY GIVEN to the herein named Debtor and Debtor's Attorney that the Trustee intends to certify the above numbered Chapter 13 Case for dismissal for the following reasons(s):

( X ) Debtor failed to timely provide documents that establish their identity as required b Section 521(h) of the Bankruptcy Code.

Pursuant to Standing Order 2021-05, Section 3:

**"DISMISSAL WITHOUT FURTHER NOTICE**. A Case may be dismissed without prejudice after 14 days (as to subsection "d-5" and "e" deficiencies) or seven (7) days (as to subsection "a", "b", "c", "d-1", "d-2", "d-3", or "d-4" deficiencies) if prior written Notice of Intent to Dismiss ("NOI") is filed with the Court and served on the Debtor and Debtor's Counsel unless any default or deficiency is cured prior to the expiration of such period. The Clerk is authorized to enter an Order of Dismissal upon certification by the Trustee, or such other authority ordered by the Court or allowed by law, that:

(d)(1) The Debtor failed to attend the Section 341 Meeting of Creditors as required by Section 343 of the Bankruptcy Code (the "Section 341 Meeting") or any continued Section 341 Meeting which the Trustee required the Debtor to attend, without the agreement of the Trustee to continue the Section 341 Meeting; or

(d)(4) The Debtor did not timely provide to the Trustee documents that establish the identity of the Debtor, including a driver's license, passport, or other document that contains a photograph of the Debtor as required by Section 521(h) of the Bankruptcy Code; or

The Trustee has agreed to continue the 341 Meeting of Creditors to allow the debtor(s) time to cure the deficiencies. If the deficiencies are not cured by the continued meeting, the Trustee may submit an order dismissing the case.

**Case No: 22-31780-SWE-13**
**Debtor Name: GEORGE DALE WIGINGTON**
**Trustee's Notice of Intent to Certify Chapter 13 Case for Dismissal, Page 2**

# Certificate of Service

Mailed herein to the parties listed below by United States First Class Mail or electronic service on 12/2/2022.

| | |
|---|---|
| Debtor: | George Dale Wigington, 2451 Elm Grove Road, Wylie, Tx  75098 |
| Creditor(s): | County Of Dallas, Co Linebarger Goggan Blair Et Al, 2777 N Stemmons Fwy Ste 1000, Dallas, Tx  75207** |
| | Garland Isd, Perdue Brandon Fielder Collins & Mott, 1919 S Shiloh Rd Ste 640 Lb40, Garland, Tx  75042 |
| | Padgett Law Group, 6267 Old Water Oak Rd, Suite 203, Tallahassee, Fl  32312 |

**Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

By: Amee Jennings
105 Decker Ct, Suite 1150 11Th Floor, Irving, TX  75062
(214) 855-9200