Office of the Standing Chapter 13 Trustee
105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:  　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CASE NO:  22-31780-SWE-13
GEORGE DALE WIGINGTON
　　　　DEBTOR

## NOTICE OF CONTINUED HEARING ON CONFIRMATION

A hearing has previously been scheduled in the above referenced matter. At the pre-hearing conference, all parties present agreed to the continuance of the hearing. Notice is hereby given that the hearing will be continued to the following date:

**December 29, 2022**

due to the following reason:

Per Agreement of the Parties.

A Pre-Hearing Conference will be held on 12/29/2022. Due to the Covid pandemic Debtor's Counsel must initiate the pre-hearing conference by contacting the Trustee or his staff attorney no later than 4:00 p.m. on 12/28/2022. Any objections not resolved or defaulted at the pre-hearing conference will be heard by the Court by Webex Video Conference beginning at 2:00 P.M..

You may access the Webex Hearings at the following:
.

All parties present at the previous hearing were notified of the foregoing date and times. No further notice is necessary.

Respectfully submitted,

Attorney for Debtor:　　　　　　　　　　　　　　　　　　/s/ Thomas D. Powers
PRO SE　　　　　　　　　　　　　　　　　　　　　　　　　Thomas D. Powers
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　State Bar No. 16218700
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　105 Decker Ct
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 1150 11th Floor
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Irving, TX  75062
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(214) 855-9200