**Fill in this information to identify your case and this filing:**

Debtor 1: George Dale Wigington
 First Name   Middle Name   Last Name

Debtor 2: _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Northern District of Texas

Case number: 22-31780

Amended 12/29/2022

☑ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   1.1. Street address: 2451 Elm Grove Road
   
   City: Wylie   State: TX   ZIP Code: 75098
   
   County: ~~Col~~ Dallas

   **What is the property?** Check all that apply.
   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☑ Land
   ☐ Investment property
   ☐ Timeshare
   ☑ Other: Total of 5.397 acres

   **Who has an interest in the property?** Check one.
   ☑ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

   Current value of the entire property? $566,000
   Current value of the portion you own? $566,000

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
   fee simple

   ☑ Check if this is community property (see instructions)

   Other information you wish to add about this item, such as local property identification number: _____

   If you own or have more than one, list here:

   1.2. Street address: Hensley Lane
   
   City: Wylie   State: TX   ZIP Code: 75098
   
   County: Collin

   **What is the property?** Check all that apply.
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☑ Land
   ☐ Investment property
   ☐ Timeshare
   ☑ Other: 3 tracts - 8.7014 acre total

   **Who has an interest in the property?** Check one.
   ☑ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

   Current value of the entire property? $156,000
   Current value of the portion you own? $156,000

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
   fee simple

   ☑ Check if this is community property (see instructions)

   Other information you wish to add about this item, such as local property identification number: _____

Official Form 106A/B   Schedule A/B: Property   page 1

Debtor 1  George Dale Wigington  Case number (if known) 22-31780

**1.3.**
Street address, if available, or other description: _____

City ____ State ____ ZIP Code ____

County ____

**What is the property?** Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

Current value of the entire property? $_____
Current value of the portion you own? $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ...........→ $722,000

## Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles
   - ☐ No
   - ☑ Yes

3.1. Make: Ford
Model: Expedition
Year: 2013
Approximate mileage: 140,000
Other information:

Who has an interest in the property? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ Check if this is community property (see instructions)

Current value of the entire property? $8,000
Current value of the portion you own? $8,000

If you own or have more than one, describe here:

3.2. Make: Ford
Model: Expedition
Year: 2007
Approximate mileage: 235,000
Other information:

Who has an interest in the property? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ Check if this is community property (see instructions)

Current value of the entire property? $2500
Current value of the portion you own? $2500

Official Form 106A/B                Schedule A/B: Property                page 2

Case 22-31780-swe13 Doc 43 Filed 12/29/22 Entered 12/29/22 12:09:04 Desc Main
Document Page 3 of 13

Case 22-31780-swe13    Doc 43    Filed 12/29/22    Entered 12/29/22 12:09:04    Desc Main
Document    Page 3 of 13

Debtor 1  George Dale Wigington    Case number (if known) 22-31780

3.3. Make: BMW
Model: 325
Year: 2001
Approximate mileage: 270,000
Other information:

Who has an interest in the property? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property (see instructions)

Current value of the entire property? $500.00
Current value of the portion you own? $500.00

3.4. Make: Ford
Model: Expedition
Year: 2001
Approximate mileage: unknown
Other information:

Who has an interest in the property? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property (see instructions)

Current value of the entire property? $500.00
Current value of the portion you own? $500.00

4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☐ No
   ☑ Yes

4.1. Make: Winnebago
Model: 18 ft Winnie Drop
Year: 2017
Other information:

Who has an interest in the property? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property (see instructions)

Current value of the entire property? $15,000
Current value of the portion you own? $15,000

If you own or have more than one, list here:

4.2. Make: Doolittle
Model: Cargo Trailer
Year: 1999
Other information:

Who has an interest in the property? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property (see instructions)

Current value of the entire property? $2,000
Current value of the portion you own? $2000

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here ......................→ $32,800

Official Form 106A/B    Schedule A/B: Property    page 3

Debtor 1  George Dole Wigington
          First Name  Middle Name  Last Name

Case number (if known) 22-31780

## Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples*: Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe......... See attachment
   $ 12,500

7. **Electronics**
   *Examples*: Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe......... See attachment
   $ 3875

8. **Collectibles of value**
   *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes. Describe.........
   $ 0

9. **Equipment for sports and hobbies**
   *Examples*: Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ☐ Yes. Describe......... See attachment
   $ 4300

10. **Firearms**
    *Examples*: Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ☑ Yes. Describe......... 2 rifles, 2 shotguns, guncases
    $ 500

11. **Clothes**
    *Examples*: Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe......... everyday clothes, work clothes, coats, shoes. No indiv. item #500
    $ 1200

12. **Jewelry**
    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☑ Yes. Describe......... See attachment
    $ 2300

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ☑ Yes. Describe......... 3 cats, 2 dogs, doghouse, pet beds
    $ 200

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☐ No
    ☑ Yes. Give specific information.......... CPap Machines
    $ 200

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ......→
    $ 25,075

Debtor 1 __George Dale Wigington__   Case number (if known) __22-31780__
First Name  Middle Name  Last Name

## Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
Examples: Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes ............................................................................................. Cash: ............ $ __145__

**17. Deposits of money**
Examples: Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☐ Yes ...................  Institution name:

17.1. Checking account: __Wells Fargo Checking 6480__  $ __7324.31__
17.2. Checking account: __Inwood Checking 9517__  $ __1000.02__
17.3. Savings account: __Wells Fargo Saving 5428__  $ __149128.43__
17.4. Savings account: __Navy Federal Savings 0107__  $ __5.01__
17.5. Certificates of deposit: ____  $ ____
17.6. Other financial account: __Navy Federal Savings 0008__  $ __2.31__
17.7. Other financial account: ____  $ ____
17.8. Other financial account: ____  $ ____
17.9. Other financial account: ____  $ ____

**18. Bonds, mutual funds, or publicly traded stocks**
Examples: Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes ...............  Institution or issuer name:
__~~Interactive Brokers IRA~~__  $ ~~29946.12~~
__~~Navy Federal IRA~~__  $ ~~2428.73~~
____  $ ____

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them.........

Name of entity: __Law Office of G.D. Wigington PLLC__
% of ownership: ~~0%~~ 100 %  $ __10,293.91__
0%  %  $ ____
0%  %  $ ____

Debtor 1  George Dale Wigington
First Name    Middle Name    Last Name

Case number (if known) 22-31780

---

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them.......

Issuer name:

$ _____
$ _____
$ _____

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | | $ _____ |
| Pension plan: | | $ _____ |
| IRA: | Interactive Brokers IRA | $ 29,946.12 |
| Retirement account: | North Tx Municipal Water District | $ 300,000 |
| Keogh: | | $ _____ |
| Additional account: | Navy Federal IRA | $ 2428.73 |
| Additional account: | | $ _____ |

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes...............

Institution name or individual:

| Electric: | | $ _____ |
| Gas: | | $ _____ |
| Heating oil: | | $ _____ |
| Security deposit on rental unit: | | $ _____ |
| Prepaid rent: | | $ _____ |
| Telephone: | | $ _____ |
| Water: | | $ _____ |
| Rented furniture: | | $ _____ |
| Other: | | $ _____ |

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes...............    Issuer name and description:

$ _____
$ _____
$ _____

Official Form 106A/B    Schedule A/B: Property    page 6

Debtor 1  George Dale Wigington
          First Name  Middle Name  Last Name

Case number (if known) 22-31780

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☑ No
    ☐ Yes .................... Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

    $ _____
    $ _____
    $ _____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☑ No
    ☐ Yes. Give specific information about them....    $ _____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements
    ☑ No
    ☐ Yes. Give specific information about them....    $ _____

27. **Licenses, franchises, and other general intangibles**
    *Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☐ No
    ☑ Yes. Give specific information about them....  Tx Law License, Tx Professional Engineer    $ 2.00

**Money or property owed to you?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    ☑ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ..............
    Federal:  $ _____
    State:    $ _____
    Local:    $ _____

29. **Family support**
    *Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ☑ No
    ☐ Yes. Give specific information................
    Alimony:             $ _____
    Maintenance:         $ _____
    Support:             $ _____
    Divorce settlement:  $ _____
    Property settlement: $ _____

30. **Other amounts someone owes you**
    *Examples*: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ☑ No
    ☐ Yes. Give specific information................    $ 0

Official Form 106A/B    Schedule A/B: Property    page 7

Debtor 1  George Dale Wigington    Case number (if known) 22-31780

## 31. Interests in insurance policies
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance company of each policy and list its value....

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |

## 32. Any interest in property that is due you from someone who has died
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No
☐ Yes. Give specific information.............    $

## 33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No
☑ Yes. Describe each claim. ............  See attachment    $ UNLIQUIDATED

## 34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims

☑ No
☐ Yes. Describe each claim. ...................    $

## 35. Any financial assets you did not already list

☑ No
☐ Yes. Give specific information............    $

## 36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here ..............................................................................................→  $ 500,275.84

### Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

## 37. Do you own or have any legal or equitable interest in any business-related property?
☑ No. Go to Part 6.
☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

## 38. Accounts receivable or commissions you already earned
☑ No
☐ Yes. Describe.......    $

## 39. Office equipment, furnishings, and supplies
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes. Describe.......    $

Official Form 106A/B    Schedule A/B: Property    page 8

Debtor 1 George Dale Wigington
      First Name   Middle Name   Last Name

Case number (if known) 22-31780

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
   - ☐ No
   - ☑ Yes. Describe....... See attached     $ 10,150.00

41. **Inventory**
   - ☑ No
   - ☐ Yes. Describe.......     $_____

42. **Interests in partnerships or joint ventures**
   - ☑ No
   - ☐ Yes. Describe.......
     Name of entity: _____ % of ownership: ___% $_____
     _____ ___% $_____
     _____ ___% $_____

43. **Customer lists, mailing lists, or other compilations**
   - ☑ No
   - ☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
     - ☐ No
     - ☐ Yes. Describe....... $_____

44. **Any business-related property you did not already list**
   - ☑ No
   - ☐ Yes. Give specific information .........
     $_____
     $_____
     $_____
     $_____
     $_____
     $_____
     $_____

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here .......→ $ 10150

---

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   - ☑ No. Go to Part 7.
   - ☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
   *Examples*: Livestock, poultry, farm-raised fish
   - ☑ No
   - ☐ Yes.............
     $_____

Official Form 106A/B     Schedule A/B: Property     page 9

Debtor 1: George Dale Wigington
Case number (if known): 22-31780

48. **Crops—either growing or harvested**
    ☑ No
    ☐ Yes. Give specific information. ............ $ _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
    ☐ No
    ☑ Yes ..............
    See attachment                                  $ 4850

50. **Farm and fishing supplies, chemicals, and feed**
    ☑ No
    ☐ Yes ...............                           $ _____

51. **Any farm- and commercial fishing-related property you did not already list**
    ☑ No
    ☐ Yes. Give specific information. ............ $ _____

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here ......... → $ 4850

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☑ No
    ☐ Yes. Give specific information. ............
    $ _____
    $ _____
    $ _____

54. Add the dollar value of all of your entries from Part 7. Write that number here ......... → $ 0

### Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ......... → $ 722000
56. Part 2: Total vehicles, line 5                $ 32800
57. Part 3: Total personal and household items, line 15   $ 25075
58. Part 4: Total financial assets, line 36       $ 500275
59. Part 5: Total business-related property, line 45   $ 10150
60. Part 6: Total farm- and fishing-related property, line 52   $ 4850
61. Part 7: Total other property not listed, line 54   +$ 0
62. Total personal property. Add lines 56 through 61. ......... $ 573150    Copy personal property total → +$ 573150

63. Total of all property on Schedule A/B. Add line 55 + line 62 ......... $ 1295150

Official Form 106A/B — Schedule A/B: Property — page 10

| Debtor 1 | George | Dale | Wigington | Case number (if known) | 22-31780 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

6. Household goods and furnishings

| | |
|---|---|
| a. Bedroom furniture - 5 beds, 6 dressers, custom entertainment cabinets, sheets, pillows etc. No individual item valued over $500. | $ 1,200.00 |
| b. Living Room furniture - couch, 3 recliners, end & coffee tables, tall hutch, 3 family dressers, writing desk. No individual item valued over $500. | $ 1,100.00 |
| c. Dining Room furniture - table, set of 6 chairs, 4 tall barstools, 4 short bar stools. No individual item valued over $500. | $ 600.00 |
| d. Cleaning equipment and supplies - 4 vacuums, brooms, mops, mop buckets, dusters, etc. | $ 400.00 |
| e. Kitchen appliances - 2 fridges, wine cooler, stove, compactor, dishwasher, washer, dryer, central vac, microwave, small oven, toaster, mixers, vacuum saver. No individual item valued over $500. | $ 700.00 |
| f. HVAC - six window units, 3 portable AC, 3 pellet stoves, 7 portable heaters, fans, etc. | $ 500.00 |
| g. Kitchen Misc - pots, pans, utensils, dishes, etc. No individual item valued over $500.00 | $ 300.00 |
| h. Lawn equipment - rakes, shovels, 2 push mowers, 1 riding mower (bad trans). No individual item valued over $500. | $ 550.00 |
| i. Zero turn mower | $ 1,800.00 |
| j. Misc storage cabinets, filing cabinets, office chairs | $ 300.00 |
| k. Household tools - ladders, tape measures, wrenches, repair items, drills, grinders, saws, hammers, axes, etc. No individual item valued over $500. | $ 700.00 |
| l. Office supplies - scissors, sharpeners, tape dispensers, hole punch, staples, binders, folders, paper, pens, organizers, etc. | $ 250.00 |
| m. Outdoor furniture - 2 grills, patio set | |
| n. Movies, books, pictures, knick-nacks, decorations, etc. | $ 500.00 |
| o. Curtains, blinds | $ 300.00 |
| p. Medical supplies - medications, first aid supplies, nebulizer, netty pots, CPAP, heating pads, braces. | $ 200.00 |
| | $ 350.00 |
| q. Vehicle repair tools and equipment, parts | $ 400.00 |
| r. Electrical repair tools, crimpers, testers, etc | $ 250.00 |
| s. Sewing machine and accessories | $ 300.00 |
| t. Trash bins, burn dumpster | $ 400.00 |
| u. emergency generators - two small, 1 large (not workinging) | $ 400.00 |
| v. decorative fence panels (approx 20) | $ 1,000.00 |

7. Electronics

| | |
|---|---|
| a. Six televisions. | $ 500.00 |
| b. Laptops - 3 working, 3 non-working | $ 500.00 |
| c. Printers - 1 photo, 1 all-in-one, 2 label printers, assorted in cartriddges | $ 200.00 |
| d. Scanners - 1 trace pad, 1 scan snap, 1 display scanner. | $ 300.00 |
| e. Cameras - 2 digital, 2 video | $ 300.00 |
| f. Cell phones - 2 each working (several broken, outdated) | $ 350.00 |
| g. Desktop computers - 3 each working, (7-8 broken, outdated) | $ 500.00 |
| h. Misc - 2 routers, cloud storage unit, adapters, cords, batteries, cases, stands, etc. | $ 200.00 |
| i. video players - 2 each | $ 50.00 |
| j. audio recorders - 2 hand, 2 pen | $ 75.00 |
| k. video projects, bulbs, screens, etc | $ 400.00 |
| l. software | $ 500.00 |

9. Equipment for sports and hobbies

| | |
|---|---|
| a. weights, workout pads, etc | $ 100.00 |
| b. fishing poles, lures, tackle boxes, nets etc. | $ 100.00 |
| c. baseball equipment | $ 100.00 |
| d. scuba equipment | $ 300.00 |
| e. camping equipment. | $ 500.00 |
| f. woodworking tools - miterboxes, table saws, routers, drill press, air compressors, biscuit jointers, drills, levels sanders, nail guns, etc. No individual item over $500. | $2,200.00 |
| g. metal working tools - welders (3 each), welding accessories, torches, gas bottles, shield, etc. No individual item over $500. | $1,000.00 |

Debtor 1  George Dale Wigington   Case number (if known) 22-31780
         First Name  Middle Name  Last Name

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

3.5. Make: Chevy
Model: C2500
Year: 2001
Approximate mileage: 290,000
Other information: gear shift broken, trans slipping

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ Check if this is community property (see instructions)

Current value of the entire property? $700.00
Current value of the portion you own? $700.00

3.6. Make: Ford
Model: Cargo Van
Year: 1993
Approximate mileage: unknown
Other information: exhaust leak, not running

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ Check if this is community property (see instructions)

Current value of the entire property? $500.00
Current value of the portion you own? $500.00

3.7. Make: GMC
Model: Cargo Truck
Year: 1993
Approximate mileage: 130,000
Other information: not running

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ Check if this is community property (see instructions)

Current value of the entire property? $800.00
Current value of the portion you own? $800.00

4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories

4.3. Make: Shop built
Model: gooseneck
Year: 1985
Other information:

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ Check if this is community property (see instructions)

Current value of the entire property? $2,000.00
Current value of the portion you own? $2,000.00

4.4. Make: shop built
Model: trailer
Year: 2005
Other information:

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ Check if this is community property (see instructions)

Current value of the entire property? $300.00
Current value of the portion you own? $300.00

| Debtor 1 | George | Dale | Wigington | Case number (*if known*) | 22-31780 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

12. Jewelry

    a. misc jewelry - earrings, rings, bracelets, necklaces     $ 500.00
    b. watches     $ 400.00
    c. Aggie ring    - - -     $ 800.00
    d. Wedding ring     $ 600.00

33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment

    a. Unliquidated claims against Nationstar, LLC, Select Portfolio Servicing, Inc, Newrez, LLC, dba Shellpoint Mortgage Servicing, and US Bank Trust National Association (as trustee) and their agents relating to the unlawful debt collection and attempted foreclosures of debtor's residence. Includes without limitations Texas DTPA, unreasonable debt collection, Texas Debt Collection Act, Federal Fair Debt Collection Act, fraud, and bankruptcy discharge violations. Claims included failing to provide legal foreclosure notices, failure to credit payments, collection of unlawful fees, and collection of a debt that has been satisfied.

    $ 1.00

40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade

    a. CNC machine - salvage     $ 500.00
    b. Edgebander - salvage     $ 300.00
    c. Panel saw - salvage     $ 300.00
    d. Dehydrator - 2 each     $ 300.00
    e. Dust collectors - 4 each     $ 500.00
    f. pellet maker     $ 1,000.00
    g. Dollies, pallet movers, carts     $ 600.00
    h. Dowel machine - salvage     $ 100.00
    i. Laminate cutters - 2 machine, 2 hand     $ 300.00
    j. Electrical boxes, fittings, components, motors, transformers     $ 800.00
    k. Electrical wiring     $ 300.00
    l. pipes, electrical conduits, fittings, etc     $ 200.00
    m. structural steel pipes, shapes, joists     $1,000.00
    n. Industrial moving dollies     $ 500.00
    o. Shelving, storage lockers     $ 1,000.00
    p. conveyor systems     $ 1,500.00
    q. large metal roll up door     $ 250.00
    r. vacuum pump     $ 300.00
    s. Stonework tools - tile saws, wet saws, trowels, mixer     $ 400.00
    t. forklift     $ 750.00
    u. scaffolding     $ 400.00

49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade

    a. 1970?? Ford tractor, motor frozen     $ 750.00
    b. front end loader attachment     $ 200.00
    c. disc     $ 300.00
    d. box blade     $ 200.00
    e. Ditchwitch trencher - not working     $ 500.00
    f. little beaver drill rig     $ 500.00
    g. Cattle panels, horse panels     $ 400.00
    h. Chicken coop     $ 200.00
    i. Flat steel panels     $ 500.00
    j. Curved steel panels     $ 500.00
    k. mower/shredder     $ 500.00
    l. commercial zero turn mower (not running)     $ 300.00