# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: § | | CASE NO.: 22-31780-swe13 |
| GEORGE DALE WIGINGTON, § | | |
| DBA LAW OFFICE OF G.D. § | | CHAPTER 13 |
| WIGINGTON PLLC, § | | |
| § | | |
| DEBTOR § | | |
| _____/ § | | |

## OBJECTION TO CONFIRMATION OF AMENDED PLAN

COMES NOW, US Bank Trust National Association, Not in Its Individual Capacity but Solely as Owner Trustee for VRMTG Asset Trust ("Secured Creditor") by and through its undersigned attorneys, and for its Objection to Confirmation of Debtor's Amended Chapter 13 Plan, herein states and alleges as follows:

1. This Court has exclusive jurisdiction over this proceeding. The Debtor filed this Petition under Chapter 13 of the United States Bankruptcy Code on or about September 28, 2022.

2. Secured creditor is a secured creditor holding a secured claim against Debtor's property known as 2451 Elm Grove Road, Wylie, TX 75098.

3. As of the petition date, Secured Creditor's approximate total secured claim is $156,343.11 and the underlying loan is scheduled to mature on January 1, 2025. Secured Creditor filed a Total Debt Proof of Claim Number 5 on December 1, 2022.

4. Debtor's Amended Plan (**Docket No. 50**) does not provide for ongoing taxes or insurance.

5. Debtor's Amended Plan (**Docket No. 50**) only provides for an interest rate of 5%. Because Secured Creditor has a Total Debt Claim, it should be paid through the Plan at the

2

appropriate interest rate pursuant to *Till v. SCS Credit Corp.,* 541 U.S. 465 (2004).

6. Therefore, the plan fails 11 U.S.C. §1322 (b)(2)-(3), and pursuant to 11 U.S.C. §1325 (a)(5) the plan cannot be confirmed.

WHEREFORE, US Bank Trust National Association, Not in Its Individual Capacity but Solely as Owner Trustee for VRMTG Asset Trust prays that its Objection to Confirmation of Amended Plan be sustained, and for all further relief as is just and proper.

Dated: <u>January 24, 2023</u>                             Respectfully Submitted,


/s/Kristin A. Zilberstein
Kristin A. Zilberstein, Esq.
TXBN: 24104960
THE PADGETT LAW GROUP
5501 East LBJ Frwy., Suite 925
Dallas, TX 75240
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Kris.Zilberstein@padgettlawgroup.com
Attorneys for Creditor

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 24, 2023, I caused a true and correct copy of the foregoing Objection to Confirmation be served upon the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail as indicated thereon:

By: /s/ Gina L. DeAngelo
Gina L. DeAngelo

## SERVICE LIST (CASE NO. 22-31780-swe13)

*Debtor*
George Dale Wigington
2451 Elm Grove Road
Wylie, TX 75098

*Attorney*
Dale Wigington
Dale Wigington
2451 Elm Grove Road
Wylie, TX 75098

*Trustee*
Thomas Powers
105 Decker Court, Ste 1150
Irving, TX 75062

U.S. Trustee
United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75202