**Office of the Standing Chapter 13 Trustee**
**105 Decker Ct**
**Suite 1150 11th Floor**
**Irving, TX  75062**
**(214) 855-9200 / (214) 965-0757  (Fax)**

#### IN THE UNITED STATES BANKRUPTCY COURT
#### FOR THE NORTHERN DISTRICT OF TEXAS
#### DALLAS DIVISION

| | |
|---|---|
| **IN RE:** | **Case No:  22-31780-SWE-13** |
| **GEORGE DALE WIGINGTON** | |
| Debtor | **Pre-Hearing Date:  July 20, 2023** |

### Notice of Pre-Hearing Conference and Hearing on
### "Trustee's Recommendation Concerning Claims, Objection to Claims and Plan
### Modification (if required)"

TO:     ALL PARTIES IN INTEREST

A pre-hearing conference with the Chapter 13 Trustee concerning the Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) ("TRCC") will be held on **July 20, 2023.**  Due to the Covid pandemic Debtor's Counsel must initiate the pre-hearing conference by contacting the Trustee or his staff attorney **no later than 4:00 P. M.** on 07/19/2023.

Any objection to the TRCC not resolved or defaulted at the Trustee's pre-hearing conference will be heard by the Court on 07/20/2023 by Webex beginning at 2:00 P.M..

You may access the Webex Hearings at the following:

Pursuant to Standing Order 2021-05, unless an objection is timely filed as to the treatment of any claim or modification, the claim or modification will be allowed or approved as described in the TRCC, and such treatment will be final and binding on all parties.

TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, FILED WITH THE COURT, AND A COPY SERVED ON ANY AFFECTED CREDITORS AND ON THE FOLLOWING PARTIES NO LATER THAN 06/17/2023.

| | |
|---|---|
| Debtor: | GEORGE DALE WIGINGTON, 2451 ELM GROVE ROAD, WYLIE, TX  75098 |
| Attorney: | PRO SE, ACTING AS OWN ATTORNEY, |
| Court: | CLERK'S OFFICE, US BANKRUPTCY COURT, 1100 COMMERCE ST., 12TH FLOOR, DALLAS, TEXAS, 75202 |
| Trustee: | TRUSTEE'S OFFICE, 125 E. JOHN CARPENTER FREEWAY, SUITE #1100, IRVING, TEXAS 75062 |

By: /s/ Thomas D. Powers

Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700

105 Decker Ct, Suite 1150 11th Floor, Irving, TX  75062

Case # 22-31780-SWE-13                                                                                                      Page 2
**GEORGE DALE WIGINGTON**
**Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)**

---

## Certificate of Service

I hereby certify that a copy of the foregoing Notice of Hearing on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) and Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) was served on the following parties at the addresses listed below by United States First Class Mail or via electronic mail.

| | |
|---|---|
| Debtor: | George Dale Wigington, 2451 Elm Grove Road, Wylie, Tx 75098 |
| Creditor(s): | City Of Wylie, Linebarger Goggan Blair Sampso, 2777 N Stemmons Fwy Ste 1000, Dallas, Tx 75207** |
| | County Of Dallas, Co Linebarger Goggan Blair Et Al, 2777 N Stemmons Fwy Ste 1000, Dallas, Tx 75207** |
| | Garland Isd, Perdue Brandon Fielder Collins & Mott, 1919 S Shiloh Rd Ste 640 Lb40, Garland, Tx 75042 |
| | Garland Isd, Po Box 461407, Garland, Tx 75046 |
| | Padgett Law Group, 546 Silicon Dr, Suite 103, Southlake, Tx 76092 |
| | Us Bank, Shellpoint Mortgage Servicing, Po Box 10826, Greenville, Sc 29603-0826 |
| | Wylie Isd, Collin County Tax Office, Po Box 8006, Mckinney, Tx 75070 |
| | Wylie Isd, Perdue Brandon Fielder Collins And Mott, 1919 S Shiloh Rd, Ste 640 Lb40, Garland, Tx 75042 |

**Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

## Indicates address was identified by the USPS National Change of Address system as undeliverable and returned to the Trustees office. Notices will no longer be delivered to this address. The debtor's attorney or pro se debtor was advised that the specific notice was undeliverable.

Dated: 05/18/2023                                         By: /s/ Thomas D. Powers
                                                          Thomas D. Powers

Case # 22-31780-SWE-13                                                                                         Page 3
GEORGE DALE WIGINGTON
Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:                                                                    Case No: 22-31780-SWE-13
GEORGE DALE WIGINGTON
             Debtor                                                        Hearing Date: July 20, 2023

**Trustee's Recommendation Concerning Claims, Objection to Claims and**
**Plan Modification (if required)**

The Trustee hereby objects to the following claims for the reason (s) indicated, pursuant to Bankruptcy Rule 3007:

I.

**OBJECTION -- NO PROOF OF CLAIM FILED**

The following creditors were scheduled by the Debtor. No Proof of Claim has been filed by them or on their behalf, as required by Fed. R. Bankr. P. 3002(a). The "bar date" for filing claims pursuant to Fed. R. Bankr. P. Rule 3002(c) has passed. Therefore, the claims should be DISALLOWED.

| T'ee # | Creditor's Name | Class | Sched Amount |
|---|---|---|---|
| | *** NONE *** | | |

II.

**SPECIFIC OBJECTIONS**

The Trustee hereby objects to the following claims, for the reason (s) indicated in Column 7. The claims should be ALLOWED/DISALLOWED as indicated in Column 4 for the amount and class indicated in Columns 5 and 6 respectively.

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 |
|---|---|---|---|---|---|---|---|
| Pacer # | Creditor Name | Claim Amount | Allow/ Disallow | Amount | Class | Reason (See Below) | T'ee # |
| | *** NONE *** | | | | | | |

**CODE: "REASON(S)" FOR CLAIM OBJECTION**

*** NONE ***

III.

**TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWED CLAIMS**

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount and in the class listed below.

Case # 22-31780-SWE-13                                                                                                         Page 4
GEORGE DALE WIGINGTON
**Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)**

| T'ee Clm # | DSO Creditors | Comment | Claim Amount | % | Paid By |
|---|---|---|---|---|---|
| | *** NONE *** | | | | |

| T'ee Clm # | Mortgage Arrears and Conduit Creditors | Collateral | Claim Amount | % | Paid By |
|---|---|---|---|---|---|
| | *** NONE *** | | | | |

| T'ee Clm # | Secured 910 Creditors - No Cram Down | Collateral | Claim Amount | % | Paid By |
|---|---|---|---|---|---|
| | *** NONE *** | | | | |

| T'ee Clm # | Secured Creditors | Collateral | Claim Amount | Value | % | Paid By |
|---|---|---|---|---|---|---|
| 1 | US BANK | HOMESTEAD | $156,343.11 | $566,000.00 | 5.00 | Trustee |

| T'ee Clm # | Secured Creditors - Surrendered | Collateral | Claim Amount | Value | Paid By |
|---|---|---|---|---|---|
| | *** NONE *** | | | | |

| T'ee Clm # | Secured Creditors - Paid Direct | Collateral | Claim Amount | Paid By |
|---|---|---|---|---|
| 2 | GARLAND ISD | REAL PROPERTY | $6,346.22 | Direct by Debtor |
| 4 | WYLIE ISD | REAL PROPERTY | $2,185.85 | Direct by Debtor |
| 6 | COUNTY OF DALLAS | REAL PROPERTY | $2,853.62 | Direct by Debtor |
| 7 | CITY OF WYLIE | REAL PROPERTY | $879.30 | Direct by Debtor |

| T'ee Clm # | Priority Creditors | Comment | Claim Amount | Paid By |
|---|---|---|---|---|
| | *** NONE *** | | | |

| T'ee Clm # | Unsecured - Special Class Creditors | Comment | Claim Amount | Paid By |
|---|---|---|---|---|
| | *** NONE *** | | | |

| T'ee Clm # | Executory Contracts/ Unexpired Leases | Comment | Claim Amount | Paid By |
|---|---|---|---|---|
| | *** NONE *** | | | |

| T'ee Clm # | Unsecured Creditors | Comment | Claim Amount |
|---|---|---|---|
| | *** NONE *** | | |

**IV.**

**PLAN MODIFICATION, subject to feasibility**

Pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2021-05, the Trustee requests the following Modification of the Debtor's Confirmed Plan, subject to feasibility, herein:

- Change monthly payment amount from $3,300.00 per month to $3,332.00 X 4; $3,345.00 X 48. This payment change will begin with the payment due on 06/28/2023; and

- The above change(s) will result in a new "BASE AMOUNT" of $198,688.00 (total due to Trustee under Plan, if all payments timely made).

**Case # 22-31780-SWE-13**  Page 5
**GEORGE DALE WIGINGTON**
 Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)

## Reason for Modification

The modification is requested for the following reason(s):

- To cure an insufficient plan.

By: /s/ Thomas D. Powers

Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700

105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200 / (214) 965-0757  (Fax)