

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 16, 2023**

_____
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

IN RE: §
 §   Case No: 22-31780-swe13
GEORGE DALE WIGINGTON § Chapter No: 13
 §

## SCHEDULING ORDER ON DEBTOR'S
## OBJECTION TO CLAIM 5 OF CREDITOR U.S. BANK (DE 70)

On October 3, 2023, the Court conducted a scheduling conference on Debtor's Objection to Claim 5 of Creditor U.S. Bank (DE 70). To facilitate the just, speedy, and efficient disposition of Debtor's Objection, the Court issues this Scheduling Order pursuant to Federal Rule of Bankruptcy Procedure 7016.

**ACCORDINGLY, IT IS THEREFORE ORDERED AS FOLLOWS:**

Dispositive Motions. If applicable, parties are encouraged to promptly file motions for summary judgment under Federal Rule of Bankruptcy Procedure 7056, so that they may be resolved prior to trial. Such motions must be filed on or before **October 31, 2023.** All motions for summary judgment shall comply with the requirements of Local Rule of Bankruptcy Procedure 7056-1 and shall be decided under the procedures stated therein.

Discovery. Discovery shall be stayed and a hearing on discovery will be held after the Court's ruling on the parties motions for summary judgment.

Witness and Exhibit Lists. Parties shall exchange witness and exhibit lists no later than 14 days prior to the trial date. A copy of each exhibit must be provided with the exhibit lists.

### End of Order ###

Agreed as to form and substance:

/s/ Tricia Ann Morra                Date: 10.4.2023
Tricia Ann Morra
Attorney for U.S. Bank Trust N.A.

/s/ George Dale Wigington, with permission    Date: 10.4.2023
George Dale Wigington
Debtor

United States Bankruptcy Court

Northern District of Texas

In re: Case No. 22-31780-swe

George Dale Wigington  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-3     User: admin     Page 1 of 2
Date Rcvd: Oct 16, 2023     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + George Dale Wigington, 2451 Elm Grove Road, Wylie, TX 75098-6239 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2023 at the address(es) listed below:

**Name**      **Email Address**

Dale Wigington
     on behalf of Debtor George Dale Wigington dalewig10@verizon.net

Kristin Ann Zilberstein
     on behalf of Creditor US Bank Trust National Association Not in Its Individual Capacity but Solely as Owner Trustee for VRMTG Asset Trust Kris.Zilberstein@Padgettlawgroup.com, bkecf@padgettlawgroup.com;Kris.Zilberstein@ecf.courtdrive.com

Linda D. Reece
     on behalf of Creditor Wylie ISD lreece@pbfcm.com lreece@ecf.courtdrive.com

Linda D. Reece
     on behalf of Creditor Garland ISD lreece@pbfcm.com lreece@ecf.courtdrive.com

Sherrel K. Knighton
     on behalf of Creditor City of Wylie Sherrel.Knighton@lgbs.com Dora.Casiano-Perez@lgbs.com;Sean.French@lgbs.com;Eva.Parker@lgbs.com;Alexis.Hall@lgbs.com;Dallas.Bankruptcy@lgbs.com

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 16, 2023 | Form ID: pdf012 | Total Noticed: 1 |

Sherrel K. Knighton
    on behalf of Creditor Dallas County Sherrel.Knighton@lgbs.com Dora.Casiano-Perez@lgbs.com;Sean.French@lgbs.com;Eva.Parker@lgbs.com;Alexis.Hall@lgbs.com;Dallas.Bankruptcy@lgbs.com

Thomas Powers
    cmecf@dallasch13.com

Tricia Ann Morra
    on behalf of Creditor US Bank Trust National Association  Not in Its Individual Capacity but Solely as Owner Trustee for VRMTG Asset Trust tmorra@raslg.com

Tricia Ann Morra
    on behalf of Creditor U.S. Bank Trust National Association tmorra@raslg.com

United States Trustee
    ustpregion06.da.ecf@usdoj.gov

TOTAL: 10