Office of the Standing Chapter 13 Trustee
105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:  CASE NO:  22-31780-SWE-13
GEORGE DALE WIGINGTON
  DEBTOR

### NOTICE OF CONTINUED HEARING ON US BANK, PACER CLAIM #5/TT CLAIM#1

A hearing has previously been scheduled in the above referenced matter. At the pre-hearing conference, all parties present agreed to the continuance of the hearing. Notice is hereby given that the hearing will be continued to the following date:

**December 28, 2023**

due to the following reason:

Per Agreement of the Parties.

A Pre-Hearing Conference will be held on 12/28/2023. Due to the Covid pandemic Debtor's Counsel must initiate the pre-hearing conference by contacting the Trustee or his staff attorney no later than 4:00 p.m. on 12/27/2023. Any objections not resolved or defaulted at the pre-hearing conference will be heard on **12/28/2023   8:30:00AM** by the Court by Webex Video Conference beginning at 2:00 P.M..

You may access the Webex Hearings at the following:
**Judge Everett - https://us-courts.webex.com/meet/everett**
**Access Webex instructions at https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-everetts-hearing-dates.**

All parties present at the previous hearing were notified of the foregoing date and times. No further notice is necessary.

Respectfully submitted,

Attorney for Debtor:  /s/ Thomas D. Powers
PRO SE  Thomas D. Powers
 State Bar No. 16218700
 105 Decker Ct
 Suite 1150 11th Floor
 Irving, TX  75062
 (214) 855-9200