CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 1, 2024**

**United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

**IN RE:**

**George Dale Wigington**

**dba Law Office of G.D. Wigington PLLC,**

**Debtor,**

**CASE NO.: 22-31780-swe13**

**CHAPTER 13**

## ORDER DENYING DEBTOR'S MOTION FOR SUMMARY JUDGMENT

On January 9, 2024 the Court heard Debtor's Motion for Summary judgment [DOC 99]. After considering the motion, the response, and argument of the parties, the Court finds that the motion should be denied for reasons stated on the record.

**THEREFORE IT IS ORDERED:**

1) The plaintiff's motion for summary judgment is DENIED.

###End of Order###

Submitted by:

George Dale Wigington
TXBN 24091665
Dalewig10@verizon.net
Debtor