# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| IN RE: § | |
| § | **Case No: 22-31780-swe13** |
| **GEORGE DALE WIGINGTON** § | **Chapter No: 13** |
| § | |

## AGREED MOTION TO RESET DOCKET CALL DATE

TO THE HONORABLE U.S. BANKRUPTCY COURT:

COMES NOW GEORGE DALE WIGINGTON ("**Debtor**") who files this Agreed Motion to Reset Docket Call date and, for cause shown below, requests that the Court grant this motion.

### BACKGROUND

1. A scheduling order for this case was entered on January 30, 2024 setting a Docket Call date of June 24, 2024 which required discovery to be completed by May 10, 2024.

2. On May 28, 2024, the Court reset the Docket Call to July 29, 2024 upon request of both parties.

3. An agreed order with signatures of the parties will be uploaded with this motion.

### REQUEST FOR RESET OF DOCKET CALL DATE

4. Based upon the agreement of the parties, Debtor requests the Court to reset the Docket Call date to September 30, 2024 or the first available date thereafter.

Dated: July 17, 2024

/s/ George Dale Wigington
George Dale Wigington
Pro Se
State Bar No.: 24091665
Dalewig10@verizon.net

2451 Elm Grove Road  
Wylie, TX 75098  
469-235-1482

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served upon the parties in interest on the attached mailing list on July 17, 2024 by mailing a copy of same to them via first class mail or through the court's CM/ECF electronic mail (Email) system on the date below..

/s/ George Dale Wigington  
George Dale Wigington

Tricia Ann Morra  
Attorney for NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee for VRMTG Asset Trust  
*tmorra@raslg.com*