

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed July 18, 2024

_____
**United States Bankruptcy Judge**
_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 22-31780-swe13 |
| George Dale Wigington | CHAPTER 13 |
| *dba* Law Office of G.D. Wigington PLLC, | |
| Debtor. | |
| _____/ | |

### ORDER ON SECURED CREDITOR'S
### MOTION FOR PARTIAL SUMMARY JUDGMENT

This matter came on consideration upon Secured Creditor's Motion for Partial Summary Judgment [Docket Entry 98, 94] at the January 9, 2024 hearing. For the reasons stated on the record, Secured Creditor's Motion for Partial Summary Judgment is denied.

IT IS THEREFORE ORDERED that Secured Creditor's Motion for Partial Summary Judgment is denied.

### END OF ORDER ###

Submitted by:
Tricia Ann Morra, TXBN 24117700
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
5601 Executive Drive, Suite 400
Irving, TX 75038
817-873-3080 Ext 53156
tmorra@raslg.com