#### UNITED STATES BANKRUPTCY COURT
#### NORTHERN DISTRICT OF TEXAS
#### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No:  22-31780-swe13 |
| **GEORGE DALE WIGINGTON** | § | Chapter No: 13 |
| | § | |

### AGREED MOTION TO AMEND SCHEDULING ORDER

     COMES NOW GEORGE DALE WIGINGTON ("Debtor") who files this Agreed Motion To Amend Scheduling Order and, for cause shown below, requests that the Court grant this motion.

### BACKGROUND

1. On January 30, 2024, the Court entered an Agreed Scheduling Order (DOC 118). The Docket Date has been reset several times and is currently set for November 25, 2024.

2. Section Five of the Scheduling Order states:

> 5. Unless otherwise directed by the Presiding Judge, all dispositive motions must be heard no later than fourteen (14) days prior to Docket Call. Accordingly, all

dispositive motions must be filed no later than forty−five (45) days prior to Docket Call, unless the Court modifies this deadline.

3. The current deadline for dispositive motions is Friday October 11, 2024. The parties have agreed to a three-day extension of the deadline to Monday October 14, 2024.

### REQUEST FOR EXTENSION OF DISPOSITIVE MOTION DEADLINE

4. Based upon the agreement of the parties, Debtor requests the Court to extend the dispositive motion deadline to Monday October 14, 2024.

Respectfully submitted,

Dated: October 11, 2024

/s/ George Dale Wigington
George Dale Wigington
Pro Se
State Bar No.: 24091665
Dalewig10@verizon.net
2451 Elm Grove Road
Wylie, TX 75098
469-235-1482

## CERTIFICATE OF CONFERENCE

I conferred with Mrs. Morra on October 10, 2024 and she agreed to this motion.

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served upon the parties in interest on the attached mailing list on October 11, 2024 by mailing a copy of same to them via first class mail or through the court's CM/ECF electronic mail (Email) system on the date below.

/s/ George Dale Wigington
George Dale Wigington

Tricia Ann Morra
Attorney for NewRez LLC d/b/a Shellpoint Mortgage Servicing
as servicer for US Bank Trust National Association, Not In Its
Individual Capacity But Solely As Owner Trustee for VRMTG
Asset Trust
*tmorra@raslg.com*