

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 21, 2024**

_____
**United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

**IN RE:**

**George Dale Wigington**
*dba* **Law Office of G.D. Wigington**
**PLLC,**

    **Debtor.**

_____/

**CASE NO. 22-31780-swe13**
**CHAPTER 13**

**ORDER GRANTING SECURED CREDITOR'S AGREED MOTION FOR EXTENSION
OF TIME TO RESPOND TO DEBTOR'S
SECOND MOTION FOR SUMMARY JUDGMENT**

This matter came on consent of the Parties, on Secured Creditor's, US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST, Agreed Motion for Extension of Time to Respond to Debtor's Second Motion for Summary Judgment.  The Court considered the Agreed Motion, and it is therefore:

**ORDERED**, that Secured Creditor's Agreed Motion is **<u>Granted</u>**; it is further

**ORDERED**, that Secured Creditor's deadline to respond to Debtor's Second Motion for

Summary Judgment is Friday, November 8, 2024.

### End of Order ###

Agreed:

*/s/ Tricia Ann Morra*                                    /s/ *George Dale Wigington_*
Tricia Ann Morra, TXBN 24117700          George Dale Wigington
Robertson, Anschutz, Schneid, Crane &    2451 Elm Grove Road
Partners, PLLC                                   Wylie, TX 75098
5601 Executive Drive, Suite 400              DALLAS-TX
Irving, TX 75038                                 469-235-1482
817-873-3080 Ext 53156                        dalewig10@verizon.net
tmorra@raslg.com                              Debtor
Attorney for Secured Creditor

Submitted by:
Tricia Ann Morra, TXBN 24117700
Robertson, Anschutz, Schneid, Crane &
Partners, PLLC