

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed November 21, 2024**

_____
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**IN RE:**

**George Dale Wigington**

**dba Law Office of G.D. Wigington PLLC,**

**Debtor,**

**CASE NO.: 22-31780-swe13**

**CHAPTER 13**

### AGREED ORDER RESETTING DOCKET CALL DATE
(Debtor's Objection to Claim, DE #70)

    TRIAL on Debtor's Objection to Claim, DE #70 is reset before the **Honorable Scott W. Everett** at **Earle Cabell Federal Building, 100 Commerce Street, 14th Floor, Courtroom #3, Dallas TX 75242** the week of **February 3, 2025**. Docket call for this trial will be held on **January 27, 2025 at 9:30 AM** via Webex at **https://us-courts.webex.com/meet/everett.** A pretrial conference shall be scheduled by the parties at least seven (7) calendar days prior to trial docket call in a complex adversary proceeding if the parties anticipate that trial will exceed one day or if there are preliminary matters that should be addressed by the Court prior to the commencement of trial.

1 | P a g e

BK Case 22-31780-swe13
George Dale Wigington

Discovery dates and deadlines and dispositive motion dates and deadlines are not reset or extended pursuant to this order.  All other pre-trial dates and deadlines are reset or extended pursuant to this order.

### End of Order ###

Agreed:

/s/ Tricia Ann Morra   　　　　　　　　　　　　　　　　　　Date: 11/15/2024
Tricia Ann Morra
Attorney for NewRez LLC d/b/a Shellpoint Mortgage Servicing
as servicer for US Bank Trust National Association, Not In Its
Individual Capacity But Solely As Owner Trustee For VRMTG
Asset Trust


/s/ George Dale Wigington　　　　　　　　　　　　　　　　Date: 11/15//2024
George Dale Wigington
Debtor




Submitted by:

George Dale Wigington
TXBN 24091665
*Dalewig10@verizon.net*
Debtor