**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No: 22-31780-swe13 |
| **GEORGE DALE WIGINGTON** | § | Chapter No: 13 |
| | § | |

## OBJECTION TO US BANK'S WITNESS AND EXHIBIT LIST

TO THE HONORABLE U.S. BANKRUPTCY COURT:

COMES NOW GEORGE DALE WIGINGTON ("**Debtor**") who files this Objection to US Bank's Witness and Exhibit List.

### OBJECTIONS TO WITNESS LIST

1. Debtor objects to Witness 1 "A representative of Secured Creditor; NewRez LLC dba Shellpoint Mortgage Servicing and moves to strike Witness 1. US Bank failed to timely disclose the name and the address and telephone number of Witness # 1.

### OBJECTIONS TO EXHIBIT LIST

2. Debtor objects to Exhibit 11 as hearsay within hearsay, and lacks authentication.

3. Debtor objects to Exhibit 12 as hearsay within hearsay, and lacks authentication.

4. Debtor objects to Exhibit 13 as hearsay within hearsay, and lacks authentication.

5. Debtor objects to Exhibit 14 as hearsay within hearsay, and lacks authentication.

6. Debtor objects to unnumbered Exhibit(s) "All documents filed in this case or any of Debtor's previous cases. Grounds include failure to identify an exhibit in pretrial disclosure, unfair surprise, and all relevant objections under the Rules of Evidence. Without limitation, Debtor pleads hearsay, nested hearsay, lack of authentication, and failure to produce in discovery.

7. Debtor objects to unnumbered Exhibit(s) "All Exhibits offered by Debtor." Grounds include failure to identify an exhibit in pretrial disclosure, unfair surprise, and all relevant objections under the Rules of Evidence. Without limitation, Debtor pleads hearsay, nested hearsay, lack of authentication, and failure to produce in discovery.

8. Debtor objects to unnumbered Exhibit(s) "All necessary rebuttal and impeachment exhibits". Grounds include failure to identify an exhibit in pretrial disclosure, unfair surprise, and all relevant objections under the Rules of Evidence. Without limitation, Debtor pleads hearsay, nested hearsay, lack of authentication, and failure to produce in discovery.

Submitted:

Dated: January 27, 2025

/s/ George Dale Wigington
George Dale Wigington
Pro Se
State Bar No.: 24091665
Dalewig10@verizon.net
2451 Elm Grove Road
Wylie, TX 75098
469-235-1482

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served upon the parties in interest on the attached mailing list on January 27, 2025 by mailing a copy of same to them via first class mail or through the court's CM/ECF electronic mail (Email) system on the date below.

/s/ George Dale Wigington
George Dale Wigington

Tricia Ann Morra
Attorney for NewRez LLC d/b/a Shellpoint Mortgage Servicing
as servicer for US Bank Trust National Association, Not In Its
Individual Capacity But Solely As Owner Trustee for VRMTG
Asset Trust
*tmorra@raslg.com*