Tricia Ann Morra, TXBN 24117700
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
5601 Executive Drive, Suite 400
Irving, TX 75038
817-873-3080 Ext 53156
tmorra@raslg.com
Attorney for Secured Creditor

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

**IN RE:** **CASE NO. 22-31780-swe13**
**CHAPTER 13**

**George Dale Wigington**

***dba* Law Office of G.D. Wigington PLLC,**

**Debtor.**
___________________________________/

**EMERGENCY MOTION TO CONTINUE TRIAL ON**
**DEBTOR'S OBJECTION TO SECURED CREDITOR'S PROOF OF CLAIM**

Secured Creditor, US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust, by and through its undersigned counsel, hereby files this Emergency Motion to Continue Trial on Debtor's Objection to Secured Creditor's Proof of Claim because Secured Creditor does not have an available witness for a three day trial starting February 3, 2025 through February 5, 2025, and in support thereof, states as follows:

1. The parties attended the trial docket call on January 27, 2025 to determine the upcoming trial dates. It was determined that the trial would start February 3, 2025 and last through February 5, 2025.

2. Secured Creditor's counsel had communicated with Secured Creditor regarding the trial dates and believed a witness would be available the week of February 3, 2025. When counsel provided the definitive dates to Secured Creditor and requested the name of the witness for the Amended Witness List, Secured Creditor advised that their witnesses are unavailable for that length of time next week.

3. This Motion is made on an emergency basis as the trial is scheduled to begin in one week and Secured Creditor does not have an available witness.

4. Secured Creditor does not seek a continuance for purposes of delay and the parties will not be prejudiced if this Court continues the trial one month.

5. Debtor was not consulted due to the late hour. Secured Creditor's counsel will consult with Debtor first thing Tuesday morning.

**WHEREFORE**, the undersigned respectfully requests that this Court enter an Order Granting this Emergency Motion to Continue for thirty days and for any other relief in law or equity as justice may require.

Date: January 27, 2025

Respectfully submitted,

*/s/ Tricia Ann Morra*
Tricia Ann Morra, TXBN 24117700
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
5601 Executive Drive, Suite 400
Irving, TX 75038
817-873-3080 Ext 53156
tmorra@raslg.com
Attorney for Secured Creditor

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 27, 2025, I caused a true and exact copy of the foregoing, which was filed with the Clerk of Court, to be served either via CM/ECF, to those so authorized, or via United States Mail to the following parties:

**Dale Wigington**
Dale Wigington
2451 Elm Grove Road
Wylie, TX 75098

***Trustee***
**Thomas Powers**
105 Decker Court, Ste 1150
Irving, TX 75062

**United States Trustee**
1100 Commerce Street
Room 976
Dallas, TX 75202

/s/ *Tricia Ann Morra*
Tricia Ann Morra