**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

**IN RE:** **CASE NO. 22-31780-swe13**
**CHAPTER 13**

**George Dale Wigington**

***dba* Law Office of G.D. Wigington PLLC,**

**Debtor.**
________________________________/

**ORDER GRANTING SECURED CREDITOR'S EMERGENCY MOTION TO CONTINUE TRIAL ON DEBTOR'S OBJECTION TO SECURED CREDITOR'S PROOF OF CLAIM**

**CAME ON FOR CONSIDERATION** Secured Creditor's Emergency Motion to Continue Trial on Debtor's Objection to Secured Creditor's Proof of Claim at docket number ___, and the Court being apprised of the premises is of the opinion that the Motion should be granted. Therefore, it is:

**ORDERED** that the Trial on Debtor's Objection to Secured Creditor's Proof of Claim currently scheduled for February 3, 2025 through February 5, 2025 shall be continued to March 2025.

### End of Order ###

Submitted by:

Tricia Ann Morra, TXBN 24117700
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
5601 Executive Drive, Suite 400
Irving, TX 75038
817-873-3080 Ext 53156
tmorra@raslg.com
Attorney for Secured Creditor