Tricia Ann Morra, TXBN 24117700
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
5601 Executive Drive, Suite 400
Irving, TX 75038
817-873-3080 Ext 53156
tmorra@raslg.com
Attorney for Secured Creditor

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

**IN RE:** **CASE NO. 22-31780-swe13**
**CHAPTER 13**

**George Dale Wigington**

***dba* Law Office of G.D. Wigington PLLC,**

**Debtor.**
___________________________________/

**SECURED CREDITOR'S MOTION FOR AN EMERGENCY HEARING ON THE EMERGENCY MOTION TO CONTINUE TRIAL ON DEBTOR'S OBJECTION TO SECURED CREDITOR'S PROOF OF CLAIM**

Secured Creditor, US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust, by and through its undersigned counsel, hereby files this Motion for an Emergency Hearing on its Emergency Motion to Continue Trial on Debtor's Objection to Secured Creditor's Proof of Claim, and states as follows:

1. Trial is scheduled in this matter for February 3 through February 5, 2025.

2. Late evening on Monday, January 27, 2025, it was brought to Counsel's attention that Secured Creditor does not have a witness to appear at next week's trial.

3. Secured Creditor's Counsel filed an emergency motion to continue the trial on Monday January 27, 2025 and requests an expedited hearing be set Wednesday January 29, 2025 or Thursday January 30, 2025 to rule on its Emergency Motion to Continue Trial.

4. Secured Creditor does not seek a continuance for purposes of delay.

**WHEREFORE**, the undersigned respectfully requests that this Court schedule an expedited hearing on its Emergency Motion to Continue Trial or enter an order continuing trial to March 2025 and for any other relief in law or equity as justice may require.

Date: January 28, 2025

Respectfully submitted,

*/s/ Tricia Ann Morra*
Tricia Ann Morra, TXBN 24117700
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
5601 Executive Drive, Suite 400
Irving, TX 75038
817-873-3080 Ext 53156
tmorra@raslg.com
Attorney for Secured Creditor

CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that a conference email was sent to Debtor to discuss the motion to continue trial on January 28, 2025. Debtor is currently opposed to the relief requested in the motion to continue trial.

*/s/ Tricia Ann Morra*
Tricia Ann Morra

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 28, 2025, I caused a true and exact copy of the

foregoing, which was filed with the Clerk of Court, to be served either via CM/ECF, to those so authorized, or via United States Mail to the following parties:

**Dale Wigington**
Dale Wigington
2451 Elm Grove Road
Wylie, TX 75098

***Trustee***
**Thomas Powers**
105 Decker Court, Ste 1150
Irving, TX 75062

**United States Trustee**
1100 Commerce Street
Room 976
Dallas, TX 75202

/s/ *Tricia Ann Morra*
Tricia Ann Morra