**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

**IN RE:** **CASE NO. 22-31780-swe13**
**CHAPTER 13**

**George Dale Wigington**

***dba* Law Office of G.D. Wigington PLLC,**

**Debtor.**
**__________________________________/**

**ORDER GRANTING SECURED CREDITOR'S MOTION FOR AN EMERGENCY HEARING**

**CAME ON FOR CONSIDERATION** Secured Creditor's Motion for an Emergency hearing on its Emergency Motion to Continue Trial on Debtor's Objection to Secured Creditor's Proof of Claim at docket number ___, and the Court being apprised of the premises is of the opinion that the Motion should be granted. Therefore, it is:

**ORDERED** that the Emergency hearing on Secured Creditor's Emergency Motion to Continue Trial will be heard on **January ___, 2025 at ____ a.m. / p.m**. It is further,

**ORDERED** that Secured Creditor will serve notice of the hearing on Debtor and the Chapter 13 trustee.

### End of Order ###

Submitted by:

Tricia Ann Morra, TXBN 24117700
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
5601 Executive Drive, Suite 400
Irving, TX 75038
817-873-3080 Ext 53156
tmorra@raslg.com
Attorney for Secured Creditor