Office of the Standing Chapter 13 Trustee
105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:  CASE NO:  22-31780-SWE-13
GEORGE DALE WIGINGTON
    DEBTOR

NOTICE OF CONTINUED HEARING ON TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS

A hearing has previously been scheduled in the above referenced matter. At the pre-hearing conference, all parties present agreed to the continuance of the hearing. Notice is hereby given that the hearing will be continued to the following date:

**February 27, 2025**

due to the following reason:

Per Agreement of the Parties.

A Pre-Hearing Conference will be held on 02/27/2025. Due to the Covid pandemic Debtor's Counsel must initiate the pre-hearing conference by contacting the Trustee or his staff attorney no later than 4:00 p.m. on 02/26/2025. Any objections not resolved or defaulted at the pre-hearing conference will be heard on **02/27/2025** by the Court by Webex Video Conference beginning at 2:00 P.M..

You may access the Webex Hearings at the following:
**Judge Everett - https://us-courts.webex.com/meet/everett**
**Access Webex instructions at https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-everetts-hearing-dates.**

All parties present at the previous hearing were notified of the foregoing date and times. No further notice is necessary.

Respectfully submitted,

Attorney for Debtor:  /s/ Thomas D. Powers
PRO SE  Thomas D. Powers
  State Bar No. 16218700
  105 Decker Ct
  Suite 1150 11th Floor
  Irving, TX  75062
  (214) 855-9200