BTXN 191 (rev. 12/24)

# AUDIO / TRANSCRIPT ORDER

**1. ORDER REQUEST:**
[X] AUDIO
[ ] TRANSCRIPT

**2. DATE OF ORDER:** 3/10/2025

**3. NAME:** George Wigington

**4. PHONE NUMBER:** 469-235-1482

**5. EMAIL ADDRESS:** dalewig10@verizon.net

**6. MAILING ADDRESS:** 2451 Elm Grove Road

**7. CITY:** Wylie

**8. STATE:** TX

**9. ZIP CODE:** 75098

**10. CASE NUMBER:** 22-31780

**11. CASE NAME:** George Wigington

**12. JUDICIAL OFFICIAL:** Judge Everett

**13. DATE OF PROCEEDING:** FROM: 1/29/2025

**14. ORDER:**

A. [X] ORDINARY  [ ] 7 DAY EXPEDITED  [ ] DAILY  [ ] HOURLY
   [ ] 14 DAY EXPEDITED  [ ] 3 DAY EXPEDITED

**15. AUDIO/TRANSCRIPT REQUESTED** Specify portion(s) and date(s) of proceeding(s):

| PORTION(S) | | |
|---|---|---|
| [X] Entire Hearing | 1/29/2025 | Hearing on US Banks Motion to Continue/Reset Trial |
| [ ] Court Ruling | | |
| [ ] Witness Testimony | | |
| [ ] Other: (Specify) | | |

**CERTIFICATION**

By signing 16. & 17, I certify that I will pay all charges (deposit plus additional as specified by the assigned transcriber).

**16. SIGNATURE:** s/ George Dale Wigington

**17. DATE:** 3/10/2025