UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

IN RE:                          §
                                §       Case No:  22-31780-swe13
GEORGE DALE WIGINGTON           §       Chapter No: 13
                                §
                                §

## DEBTOR'S MOTION TO AMEND JUDGMENT

TO THE HONORABLE U.S. BANKRUPTCY COURT:

COMES NOW GEORGE DALE WIGINGTON ("**Debtor**") who files this Motion to Amend Judgment.

## BACKGROUND

1.     On March 3-4, 2025, the Court conducted a trial on Debtor's Objection to Claim DOC 70.

2.     On October 6, 2025, the Court entered its Order Overruling Objection to Claim. DOC 227.

## RELIEF UNDER BANKRUPTCY RULE 9023

3.     Bankruptcy Rule 9023 incorporates, with modifications, Federal Rule of Civil Procedure ("F.R.C.P.") 59 into bankruptcy proceedings. Under Rule 59, a district court may grant—on grounds stated in a motion or on grounds not stated in a motion—a new trial, or alter or amend a judgment after a nonjury trial. This relief may be granted when (1) an intervening change in controlling law; (2) new evidence not previously available; or (3) the need to correct a clear error of law or fact or to prevent a manifest injustice. See, e.g., *Schiller v. Physicians Resource Group, Inc.*, 342 F.3d 563, 567 (5th Cir.2003); *Russ v. Int'l Paper Co.*, 943 F.2d 589, 593 (5th Cir.1991).

4.     Here, there is the need to correct a clear error of law or fact or to prevent a manifest

injustice as detailed in the Brief in Support of Debtor's Motion to Amend filed

concurrently with this motion.

## PRAYER

Debtor respectfully prays that this Court set a hearing on this motion and amend the Court's

ruling and for all other relief which may be appropriate.


Submitted:


Dated: October 20, 2025

/s/ George Dale Wigington
George Dale Wigington
Pro Se
State Bar No.: 24091665
Dalewig10@verizon.net
2451 Elm Grove Road
Wylie, TX 75098
469-235-1482


## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served upon the parties in interest on the attached mailing list on October 20, 2025 by mailing a copy of same to them via first class mail or through the court's CM/ECF electronic mail (Email) system on the date below.

/s/ George Dale Wigington
George Dale Wigington


Tricia Ann Morra
Attorney for NewRez LLC d/b/a Shellpoint Mortgage Servicing
as servicer for US Bank Trust National Association, Not In Its
Individual Capacity But Solely As Owner Trustee for VRMTG
Asset Trust
*tmorra@raslg.com*