BTXN 191 (rev. 12/24)

# AUDIO / TRANSCRIPT ORDER

| 1. ORDER REQUEST:<br>[X] AUDIO   [ ] TRANSCRIPT | 2. DATE OF ORDER:<br>11MAR26 | |
|---|---|---|
| 3. NAME:<br>George Dale Wigington | 4. PHONE NUMBER:<br>469-235-1482 | 5. EMAIL ADDRESS:<br>dalewig10@verizon.net |

| 6. MAILING ADDRESS:<br>2451 Elm Grove Road | 7. CITY:<br>Wylie | 8. STATE:<br>TX | 9. ZIP CODE:<br>75098 |
|---|---|---|---|

| 10. CASE NUMBER:<br>22-31780 | 11. CASE NAME:<br>Wigington | 12. JUDICIAL OFFICIAL:<br>Everett | 13. DATE OF PROCEEDING:<br>FROM:  /  / 11/25/2024 |
|---|---|---|---|

**14. ORDER:**

| | ORDINARY | 7 DAY EXPEDITED | DAILY | HOURLY |
|---|---|---|---|---|
| A. | [X] | [ ] | [ ] | [ ] |

| | 14 DAY EXPEDITED | 3 DAY EXPEDITED |
|---|---|---|
| | [ ] | [ ] |

**15. AUDIO/TRANSCRIPT REQUESTED** Specify portion(s) and date(s) of proceeding(s): 11/25/2024 2nd Summary Judgment Hrg

| PORTION(S) | |
|---|---|
| [X] Entire Hearing | |
| [ ] Court Ruling | |
| [ ] Witness Testimony | |
| [ ] Other: (Specify) | |

CERTIFICATION

By signing 16. & 17, I certify that I will pay all charges (deposit plus additional as specified by the assigned transcriber).

16. SIGNATURE: /s/ George Dale Wigington

17. DATE: 11MAR26