CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 13, 2026**

**United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

**IN RE:**

**George Dale Wigington,**
**Debtor.**
______________________________/

**CASE NO.: 22-31780**
**CHAPTER 13**

**ORDER GRANTING TRICIA MORRA'S MOTION TO WITHDRAW AS COUNSEL FOR US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST**

Upon consideration of the *Motion to Withdraw as Counsel for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust* ("U.S. Bank"); and this Court having found that notice of the Motion was proper under the circumstances; and this Court having jurisdiction to enter this Order and the authority to grant the relief requested in the Motion; and this Court having determined that the requirements of Local

Rule 2091-1 are met; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**

1. The Motion is granted as set forth herein.
2. Tricia Morra is hereby discharged as counsel of record for U.S. Bank in the above styled case.
3. U.S. Bank may be contacted at the following address:

Anthony Santini
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
13010 Morris Road, Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
Facsimile: 404-393-1425
Email: antsantini@raslg.com

4. The terms and conditions of this Order are immediately effective and enforceable upon its entry.
5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**### END OF ORDER ###**